UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                                       Crim. No. 24-299 (PAM/DJF)

             Plaintiff,

v.                                                                                                         **ORDER**

Samuel Emmanuel Lee Dixon and
Lorenzo Derrick Porter, Jr.,

             Defendants.

This matter is before the Court on Defendants Lorenzo Derrick Porter, Jr. and Samuel Emmanuel Lee Dixon's Motions to Exclude Time under the Speedy Trial Act. (Docket Nos. 39, 41.) Defendants seek additional time to review evidence and continue negotiations or prepare for trial. Porter moves to exclude from the speedy-trial computations the period of time from April 23, 2025, to the trial date. Dixon seeks to exclude at least 90 days following April 24, 2025, from the speedy-trial computations and further asks to exclude the period of time from July 7 to July 25, 2025, as his attorney will be in trial for another matter. The Government does not object to the requests.

The Court finds that the ends of justice served by continuing this case outweigh the interest of the public and Defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to grant the Motions would result in a miscarriage of justice.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendants' Motions (Docket Nos. 39, 41) are **GRANTED**;

2. The period of time between April 23, 2025, and August 11, 2025, is excluded from computation under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A); and

3. Trial will commence on August 11, 2025.

Dated: <u>April 25, 2025</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge