UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-299 (PAM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Samuel Emmanuel Lee Dixon (1),<br>and Lorenzo Derrick Porter, Jr. (2), | |
| Defendants. | |

This matter is before the Court on the Government's Motion for a Preliminary Order of Forfeiture. (Docket No. 56.) Based on the plea agreements between the Government and Defendants Samuel Emmanuel Lee Dixon and Lorenzo Derrick Porter, Jr., the Court finds that the Government has established the requisite nexus between such property and the offense to which Defendants have pleaded guilty. (Docket Nos. 52, 55.) Therefore, certain property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion for a Preliminary Order of Forfeiture (Docket No. 56) is **GRANTED**;

2. Defendants are ordered to forfeit a black Glock model 19, 9mm semiautomatic pistol, bearing serial number BWRU811, and all accessories and ammunition seized therewith, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

3. The Attorney General or her authorized designee may seize and maintain custody and control of the property pending the entry of a final order of forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to Defendants at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Dated: September 13, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge