UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-299(1) (PAM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Samuel Emmanuel Lee Dixon, | |
| Defendant. | |

This matter is before the Court on Defendant Samuel Emmanuel Lee Dixon's Motion for Extension of Filing Sentencing Position Pleadings. The Court finds that such an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendant's Motion (Docket No. 69) is **GRANTED**; and

2. The parties' sentencing position pleadings are due on or before December 10, 2025.

Dated: December 3, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge